**Opinion filed July 16, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00326-CR

_____

### KENNETH RAY ACORN, II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 14995**

## M E M O R A N D U M   O P I N I O N

A jury convicted Appellant, Kenneth Ray Acorn, II, of the third-degree felony offense of assault of a pregnant person and assessed his punishment at imprisonment for three years in the Institutional Division of the Texas Department of Criminal Justice. *See* TEX. PENAL CODE ANN. § 22.01(b)(8) (West 2026). Appellant has now filed a motion to dismiss the appeal. The motion is signed by Appellant and Appellant's attorney in accordance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

JUSTICE

July 16, 2026

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.